UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS  DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 1:11-cr-195-01 SEB-TAB |
| vs. | ) | |
| | ) | |
| DAVID A. THORNTON, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**
(Docket No. 32)

The Court, having reviewed the Magistrate Judge's Report and Recommendation filed at Docket No. 32 and observing that no party has objected to it, now adopts that Report and Recommendation as the ruling of this Court.  Accordingly, Defendant's supervised release is **REVOKED** and he is sentenced to the custody of the Attorney General or his designee for a period of 13 months.  There shall be no term of supervised release at the conclusion of Defendant's incarceration, which shall begin immediately.

IT IS SO ORDERED.

Date:  07/16/2013

_Sarah Evans Barker_
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Copies to:

**Joseph Martin Cleary**
INDIANA FEDERAL COMMUNITY DEFENDERS
joe_cleary@fd.org,judy.poling@fd.org,shirlena_lange@fd.org,jcleary498@aol.com

**William H. Dazey , Jr**
INDIANA FEDERAL COMMUNITY DEFENDERS
bill.dazey@fd.org,judy.poling@fd.org,shirlena_lange@fd.org